Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for JOSÉ ANTONIO VÁSQUEZ

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:08-cr-00228 OWW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CHANGE SENTENCING DATE** |
| vs. ) | |
| ) | |
| JOSÉ ANTONIO VÁSQUEZ, *et al.*, ) | |
| ) | |
| Defendant. ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant herein:

　　　　1.　　To change the date for sentencing currently set for October 26, 2009 at 9:00 a.m., to a new date of October 13, 2009 at 1:30 p.m.

*Stipulation and Proposed Order*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*1*

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:   September 29, 2009 | /s/ Patience Milrod<br>PATIENCE MILROD<br>Attorney for defendant<br>JOSÉ ANTONIO VÁSQUEZ |
| Dated:   September 29, 2009 | /s/ Laurel Montoya<br>United States Attorney<br>LAWRENCE G. BROWN<br>By LAUREL MONTOYA<br>Assistant U.S. Attorney |

## [PROPOSED] ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for October 26, 2009, at 9:00 a.m., be changed to October 13, 2009 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 9/28/2009

/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
Judge of the Eastern District

*Stipulation and Proposed Order*                                                                 2